# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| **DWIGHT WHEELER,** | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | Case No. 3:19-cv-457-L |
| vs. | § | |
| | § | |
| **RINGADOC, INC.,** | § | JURY DEMANDED |
| **PRACTICE FUSION, INC.** | § | |
| **and ALLSCRIPTS** | § | |
| **HEALTHCARE** | § | |
| **SOLUTIONS, INC.** | § | |
| | § | |
| Defendants | § | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Dwight Wheeler informs the Court that a settlement has been reached.  Plaintiff expects that documentation of the settlement and a notice of dismissal will be filed within 30 days.

Respectfully submitted,

By:    */s/ Chris R. Miltenberger*
        Chris R. Miltenberger
        Texas Bar Number: 14171200

**Attorney-In-Charge**

**The Law Office of Chris R.
Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

**Attorneys for Plaintiff**

**Certificate of Service**

The undersigned certifies that foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By:    */s/ Chris R. Miltenberger*
        Chris R. Miltenberger