UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DWIGHT WHEELER,**<br>    Plaintiff,<br><br>vs.<br><br>**RINGADOC, INC.,**<br>**PRACTICE FUSION, INC.**<br>**and ALLSCRIPTS**<br>**HEALTHCARE**<br>**SOLUTIONS, INC.,**<br>    Defendants. | § § § § § § § § § § § § § | Case No. 3:19-cv-457-L<br><br>JURY DEMANDED |

## JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that all claims against Defendants Ringadoc, Inc., Practice Fusion, Inc., and Allscripts Healthcare Solutions, Inc. brought by Plaintiff Dwight Wheeler are **DISMISSED WITH PREJUDICE.**  Each party bears its own costs, expenses, and attorneys' fees.

Dated: October 8, 2019.


[SIGNATURES ON FOLLOWING PAGE]

AGREED AND STIPULATED TO BY:

| | |
|---|---|
| **LAW OFFICE OF CHRIS MILTENBERGER, PLLC** | **KING & SPALDING LLP** |
| /s/ Chris Miltenberger | /s/Craig A. Stanfield |
| Chris Miltenberger<br>Texas Bar No. 14171200<br>1360 N. White Chapel Blvd., Suite 200<br>Southlake, Texas 76092<br>Email: chris@crmlawpractice.com | Craig A. Stanfield<br>Texas Bar No. 24051371<br>1100 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>Telephone:  (713) 751-3200<br>Facsimile:  (713) 751-3290<br>Email: cstanfield@kslaw.com |
| -and- | -and- |
| Craig K. Perry (admitted *pro hac vice*)<br>Nevada Bar No. 3786<br>CRAIG K PERRY & ASSOCIATES<br>3450 W Cheyenne Ave #400<br>North Las Vegas, NV 89032<br>Email: cperry@craigperry.com | Livia Kiser (admitted *pro hac vice*)<br>Illinois Bar No. 6275283<br>444 W Lake Street, Suite 1650<br>Chicago, IL 60606<br>Telephone: 312-995-6333<br>Email: LKiser@kslaw.com |
| **COUNSEL FOR PLAINTIFF DWIGHT WHEELER** | **COUNSEL FOR DEFENDANTS RINGADOC, INC., PRACTICE FUSION, INC. AND ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.** |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 8, 2019, a true and correct copy of the foregoing Agreed Stipulation of Dismissal with Prejudice was served on all known counsel of record by operation of the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure.

                          /s/Craig A. Stanfield
                          Craig A. Stanfield